**Jerry BROWN, et al.,
Plaintiffs/Appellants,**

v.

**Rebekah RADMANESH, M.D.,
Defendant/Respondent.**

No. ED 87923.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 20, 2007.

Mark T. McCloskey, St. Louis, MO, for appellants.

Brent W. Baldwin, St. Louis, MO, for respondent.

Before GLENN A. NORTON, P.J., LAWRENCE E. MOONEY and KENNETH M. ROMINES, JJ.

## ORDER

PER CURIAM.

The plaintiffs, Jerry Brown, Sr. and his children, appeal the judgment entered by the Circuit Court of the City of St. Louis following a jury verdict against them and in favor of the defendant, Rebekah Radmanesh, M.D., in the plaintiffs' wrongful-death action filed in connection with Tyrone Brown's murder of Vanilla Brown. Finding no error, we affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

The trial court's judgment is affirmed. Rule 84.16(b)(5).